Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

DENNIS C. HUIE (SBN 184377)
E-mail: dhuie@rjo.com
SUHANI KAMDAR (SBN 218141)
Email: skamdar@rjo.com
ROGERS JOSEPH O'DONNELL
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457

Attorneys for Defendant
California-Fresno Investment Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>     Plaintiff,<br><br>  vs.<br><br>CALIFORNIA-FRESNO INVESTMENT COMPANY, a California corporation, dba CAL-FRESNO OILS UNION 76,<br><br>     Defendant. | Case No.  1:13-cv-00596-AWI-GSA<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Current Date:  September 25, 2013<br>Time:            9:30 a.m.<br>Courtroom:     10<br>Magistrate Judge Gary S. Austin |

     WHEREAS, a Mandatory Scheduling Conference is currently set in this matter for

September 25, 2013 at 9:30 a.m. in Courtroom #10;

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

Page 1

WHEREAS, counsel for Plaintiff, Ronald Moore ("Plaintiff"), must appear at a motion for summary judgment in the Eastern District, Sacramento, at the time of the Mandatory Scheduling Conference in this case and will be unable to attend;

WHEREAS, this Court has advised that October 7, 2013, at 9:30 a.m. is available for a continued Mandatory Scheduling Conference and counsel for Plaintiff and Defendant, California-Fresno Investment Company ("Defendant") have both confirmed their availability at that time;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their attorneys of record, that the September 25, 2013 Mandatory Scheduling Conference be continued to 9:30 a.m. on October 7, 2013 in Courtroom #10, or to a later date depending on the Court's availability.

IT IS SO STIPULATED.

Dated: September 13, 2013						MOORE LAW FIRM, P.C.


							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorneys for Plaintiff
							Ronald Moore

							ROGERS JOSEPH O'DONNELL


							*/s/ Suhani Kamdar*
							Suhani Kamdar
							Dennis C. Huie
							Attorneys for Defendant
							CALIFORNIA-FRESNO
							INVESTMENT COMPANY

## ORDER

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued from 10:00 a.m. on September 25, 2013 in Courtroom 10 to 9:30 a.m. on October 7, 2013 in Courtroom 10.  The Parties shall file their Joint Scheduling Report no later than seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 16, 2013**              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE