1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7  DENNIS C. HUIE (SBN 184377)
   E-mail: dhuie@rjo.com
8  SUHANI KAMDAR (SBN 218141)
   Email: skamdar@rjo.com
9  ROGERS JOSEPH O'DONNELL
   311 California Street, 10th Floor
10 San Francisco, California 94104
   Telephone: (415) 956-2828
11 Facsimile: (415) 956-6457
12
13 Attorneys for Defendant
   California-Fresno Investment Company
14

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

18
   RONALD MOORE,                        )  Case No.  1:13-cv-00596-AWI-GSA
19                                       )
                Plaintiff,               )  **STIPULATION TO CONTINUE**
20                                       )  **MANDATORY SCHEDULING**
          vs.                            )  **CONFERENCE; ORDER**
21                                       )
   CALIFORNIA-FRESNO INVESTMENT          )
22 COMPANY, a California corporation, dba )  Current Date:  September 25, 2013
   CAL-FRESNO OILS UNION 76,             )  Time:          9:30 a.m.
23                                       )  Courtroom:     10
                                         )  Magistrate Judge Gary S. Austin
24              Defendant.               )
                                         )
25                                       )
                                         )
26 _____)

27         WHEREAS, a Mandatory Scheduling Conference is currently set in this matter for

28 September 25, 2013 at 9:30 a.m. in Courtroom #10;

          STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

WHEREAS, counsel for Plaintiff, Ronald Moore ("Plaintiff"), must appear at a motion for summary judgment in the Eastern District, Sacramento, at the time of the Mandatory Scheduling Conference in this case and will be unable to attend;

WHEREAS, this Court has advised that October 7, 2013, at 9:30 a.m. is available for a continued Mandatory Scheduling Conference and counsel for Plaintiff and Defendant, California-Fresno Investment Company ("Defendant") have both confirmed their availability at that time;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their attorneys of record, that the September 25, 2013 Mandatory Scheduling Conference be continued to 9:30 a.m. on October 7, 2013 in Courtroom #10, or to a later date depending on the Court's availability.

IT IS SO STIPULATED.


Dated: September 13, 2013                         MOORE LAW FIRM, P.C.


                                                  _/s/ Tanya E. Moore_____
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Ronald Moore

                                                  ROGERS JOSEPH O'DONNELL


                                                  _/s/ Suhani Kamdar_____
                                                  Suhani Kamdar
                                                  Dennis C. Huie
                                                  Attorneys for Defendant
                                                  CALIFORNIA-FRESNO
                                                  INVESTMENT COMPANY


STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER

1

**ORDER**

2

     The parties having stipulated and good cause appearing,

3

     IT IS HEREBY ORDERED that the Mandatory Scheduling Conference is continued

4

5

from 10:00 a.m. on September 25, 2013 in Courtroom 10 to 9:30 a.m. on October 7, 2013 in

6

Courtroom 10.  The Parties shall file their Joint Scheduling Report no later than seven (7) days

7

prior to the scheduling conference.

8

9

10

11

12

IT IS SO ORDERED.

13

   Dated:   **September 16, 2013**           **/s/ Gary S. Austin**

14

                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER