Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALIFORNIA-FRESNO INVESTMENT COMPANY, a California corporation, dba CAL-FRESNO OILS UNION 76,<br><br>    Defendant. | No. 1:13-cv-00596-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant California-Fresno Investment Company, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: February 14, 2014          MOORE LAW FIRM, P.C.


                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorneys for Plaintiff
                                 Ronald Moore

Date: February 14, 2014                    ROGERS JOSEPH O'DONNELL

*/s/ Dennis C. Huie*
Dennis C. Huie
Attorneys for Defendant
California-Fresno Investment Company

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   February 14, 2014                    _____
                                                SENIOR  DISTRICT  JUDGE